822

■ SARAH LOUGHRAN, Appellant, v. CITY OF NEW YORK et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ ROSE SPATARO et al., Appellants, et al., Plaintiff, v. LEONARD SALVATO et al., Respondents. — The final application for a rule V preference (New York County Supreme Court Trial Term Rules) makes a sufficient showing to warrant the preference. Order unanimously reversed and the motion granted. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ SCHACHT STEEL CONSTRUCTION, INC., Respondent, v. MORRIS BRECHER et al., Individually and as Copartners Doing Business under the Name of ROYAL YORK ASSOCIATES, Appellants, et al., Defendants. ROYAL YORK ASSOCIATES et al., Appellants, v. SCHACHT STEEL CONSTRUCTION, INC., Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of the Probate of the Will of ELIAS A. COHEN, Deceased. MARIE B. COHEN, Appellant; ESTELLE L. FRINDEL et al., Respondents. — Order of Surrogate's Court, New York County, entered December 31, 1956, granting respondents' motion for a further bill of particulars, order entered December 31, 1956, granting respondents' motion to take the testimony of petitioner before trial, and order entered January 18, 1957, granting petitioner's motion to take the testimony of the respondents as to certain items, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ CONSTANCE McKENZIE et al., Appellants, v. NATIONAL BISCUIT COMPANY et al., Respondents. — Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. Upon the record before the court the granting of the preference is warranted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ EUGENE A. KAPLUN, Appellant, v. PARK TERRACE GARDENS, INC., Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ EDITH NISSENBLATT, as Administratrix of the Estate of MAX TALMASON, Deceased, Appellant, v. LESTER T. DOYLE, as Trustee in Reorganization of Surface Transportation Corporation of New York, Respondent. — Order unanimously reversed, without costs, and the motion granted. While it is apparent that the grounds on which a rule 151 preference (Rules Civ. Prac.) was granted in this case ceased to exist shortly after the preference was granted and that a timely motion to revoke the preference should have been granted, it is also clear that over a period of months the parties proceeded on the basis that the action was preferred and several Justices of the court treated the case as · preferred after defendant advised them that a preference was no longer warranted. The belated revocation of the preference when the case was at the top of the ready calendar and ready for trial was not justified under the circumstances. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ CHARLES F. MORAN, Respondent, v. JAMES F. TWOHY et al., as Executors of JOSEPH A. MORAN, Deceased, Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.